# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Senior District Judge Richard P. Matsch

Date:                  June 18, 2013
Courtroom Deputy:      J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 13-cv-00404-RPM

CAROLYN K. HARNER,                                            Baine P. Kerr
                                                              Keith M. Edwards
     Plaintiff,

v.

ADAMS COUNTY AND                                              Heidi M. Miller
ITS BOARD OF COUNTY COMMISSIONERS,
THE ADAMS COUNTY CORONER'S OFFICE and
JAMES HIBBARD,

     Defendants.
_____

## COURTROOM MINUTES
_____

**Hearing on Motion to Dismiss**

**1:58 p.m.**       **Court in session.**

Court's preliminary remarks and states its summary of the procedural history of the case and the issue before it today.

Argument by Ms. Miller.

Argument by Mr. Kerr.

Rebuttal argument by Ms. Miller.

**ORDERED:**   **Defendants' Motion to Dismiss [7], is taken under advisement with respect to the plaintiff's Third Claim for Relief.  The Court will not exercise supplemental jurisdiction with respect plaintiff's First and Second Claims for Relief and those claims are remanded to the District Court, Adams County Colorado.**

**2:23 p.m.**       **Court in recess.**

Hearing concluded. Total time: 25 min.