IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00404-RPM

CAROLYN K. HARNER,

      Plaintiff,

v.

ADAMS COUNTY AND ITS BOARD OF COUNTY COMMISSIONERS;
THE ADAMS COUNTY CORONER'S OFFICE; and
JAMES HIBBARD,

      Defendants.

_____

ORDER FOR REMAND OF FIRST AND SECOND CLAIMS FOR RELIEF
_____

      This civil action was removed from the District Court, Adams County, Colorado, by the defendants, based on the claim against Defendant James Hibbard, individually, under 42 U.S.C. § 1983 for a violation of the protected right of access to court.  Upon review of the amended complaint and hearing the arguments of counsel on the motion to dismiss filed by defendants as to all claims, this Court has determined that the exercise of supplemental jurisdiction under 28 U.S.C. § 1367 of the claims against the other defendants in the first and second claims for relief should be declined because the issues are separable from the federal claim and involve questions of state law and it is

      ORDERED that the first and second claims for relief in the amended complaint are remanded to the District Court, Adams County, Colorado.

      DATED: June 18, 2013

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior District Judge