IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00404-RPM

CAROLYN K. HARNER,

      Plaintiff,

v.

JAMES HIBBARD,

      Defendant.

_____

## ORDER OF DISMISSAL
_____

      Pursuant to the Stipulation for Dismissal with Prejudice [24] filed April 15, 2014, it is

      ORDERED that this action is dismissed with prejudice, each party to bear their own costs.

      DATED: April 15th, 2014

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior District Judge